for-profit entity whose stock was purchased Mission Care of Missouri, LLC. Throughout this period of time, Abbott retained the name of "Abbott Ambulance, Inc." Abbott notified the Department of the ownership change in 2004, as it was required to do by Section 190.105.14. The Department mistakenly issued Abbott a new ambulance service license, but promptly withdrew it upon realizing that Abbott could continue to operate under its 2000 license. Although the District had appealed the issuance of the new license to the AHC, that appeal was mooted by the withdrawal of the license.

The AHC correctly determined that the Department did not issue a new license by allowing Abbott to operate under its prior license. Because the AHC proceeding did not involve an "official action of the department ... affecting the licensed status" of Abbott, the action was properly dismissed for lack of subject matter jurisdiction pursuant to Section 190.171. The judgment is affirmed.

All concur.

Susan Lynn Hogan, Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen. Lisa M. Kennedy, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LISA WHITE HARDWICK, P.J., JAMES M. SMART, JR., and JAMES E. WELSH, JJ.

### Order

PER CURIAM.

David L. Sanders appeals the denial of his Rule 29.15 motion for postconviction relief. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).

■

David L. SANDERS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 67299.

Missouri Court of Appeals, Western District.

Jan. 22, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 4, 2008.

Application for Transfer Denied April 15, 2008.

■

Joshua S. DUNKIN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 67120.

Missouri Court of Appeals, Western District.

Jan. 22, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 4, 2008.

Application for Transfer Denied April 15, 2008.